1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TYLER JOHNSTON,

11              Plaintiff,                    No. 2:11-cv-3274 EFB P

12        vs.

13   RACHEL D. MILLER, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff is a former state prisoner proceeding without counsel in an action brought under

17   42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

18   U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C.

19   § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

20        On May 3, 2012, the court dismissed plaintiff's complaint for failure to state a cognizable

21   claim and failure to comply with Rule 8 of the Federal Rules of Civil Procedure.  The dismissal

22   order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint

23   correcting those deficiencies, and warned plaintiff that failure to file an amended complaint

24   would result in this action being dismissed.

25        The 30-day period has expired and plaintiff has not filed an amended complaint or

26   otherwise responded to the court's order.

1

1    Accordingly, it is hereby ORDERED that this action is DISMISSED for failure to

2  prosecute and failure to state a claim.  Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A(b).

3  Dated:  June 18, 2012.

4

5                                    EDMUND F. BRENNAN

6                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26